JS - 6/ENTER



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JUAN ALBINO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>K. ALLISON, WARDEN,<br><br>　　　　Respondent. | Case No.   CV 09-8857-GAF (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: October 6, 2010

_____
Gary A. Feess
United States District Judge

